968 A.2d 1253

Steven DORSEY, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

March 18, 2009.

## ORDER

PER CURIAM.

**AND NOW**, this 18th day of March, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED**.